UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARITA DOUGLAS,**  Plaintiff,  v.  **CHARIOTS FOR HIRE,** *et al.*,  Defendants. | Civil Action No. 12-429 (JEB) |

### ORDER

THIS MATTER is before the Court upon the Joint Motion For Approval of Settlement. The Court has carefully reviewed said Joint Motion and the materials submitted in support of same and is otherwise fully advised of this matter. Accordingly, after due consideration, it is ORDERED AND ADJUDGED as follows:

1. The Renewed Joint Motion For Approval of Settlement filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

2. The Parties' Settlement Agreements have been reviewed by the Court and the same are hereby approved, adopted, and ratified by the Court; and

3. The above-styled cause be and the same is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: January 2, 2014

1